UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DR. GERALD FINKEL, *as Chairman of the Joint
Board of the Electrical Industry*,

                    Plaintiff,

                                                           ORDER
- against -                                    08-CV-2333 (RRM) (RML)

JONES LANG LASALLE AMERICAS, INC.,

                    Defendant.
-----------------------------------------------------------------X
MAUSKOPF, United States District Judge.

      By Motion filed February 19, 2009, Plaintiff moved for a default judgment pursuant to Federal Rule of Civil Procedure 55. By Order entered February 20, 2009, this Court referred that motion to the assigned Magistrate Judge, the Honorable Robert M. Levy, for a Report and Recommendation. On November 12, 2009, Judge Levy issued a Report and Recommendation (the "R&R") that Plaintiff's motion be granted and that Plaintiff be awarded a total of $51,827.97, plus interest. Judge Levy reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due within ten (10) days. Neither party has filed any objection.

      Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, adopts the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, it is hereby ORDERED that Plaintiff's motion for a default judgment is GRANTED and Plaintiff shall be awarded $51,827.97, together with interest calculated at a rate of $5.24 *per diem* from March 20, 2009 until the earlier of the date of payment or entry of judgment. The Clerk of Court shall enter judgment accordingly and close this case.

                                                           SO ORDERED.

Dated: Brooklyn, New York
         December 23, 2009

                                                     ROSLYNN R. MAUSKOPF
                                                   United States District Judge